1 OSWALD & YAP
  A Professional Corporation
2 Michael A. Oswald (SBN 87299)
  Claudia Mourad (SBN 211139)
3 16148 Sand Canyon Avenue
  Irvine, California 92618
4 Telephone: (949) 788-8900
  Facsimile: (949) 788-8980
5 mao@oswald-yap.com

6 Attorneys for Defendants
  The Ant Commandos, Hong Lip Yow,
7 and Raymond Yow

8

9            UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11

12 | ACTIVISION PUBLISHING, INC.,    | Case No. C 07-03536 MEJ
13 |           Plaintiff,             | **NOTICE OF NEW HEARING DATE FOR PREVIOUSLY FILED MOTION FOR ORDER FOR DETERMINATION OF GOOD FAITH SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS THE ANT COMMANDOS, INC., HONG LIP YOW, AND RAYMOND YOW**
14 | v.                               |
15 | JOHN TAM,                        |
16 |           Defendant.             |
17 |                                  |
18 |                                  | Date:  August 16, 2007
   |                                  | Time:  10:00 a.m.
19 |                                  | Place: Courtroom B, 15th Floor

1  WHEREAS, this case was previously pending in the United States District
2  Court for the Central District of California, before the Honorable Judge Percy
3  Anderson;
4  WHEREAS, Plaintiff Activision Publishing, Inc. ("Activision") has reached
5  a Settlement Agreement with Defendants The Ant Commandos, Inc., Hong Lip
6  Yow, and Raymond Yow (hereinafter collectively referred to as "Settling
7  Defendants");
8  WHEREAS, the Settling Defendants filed and served a Motion and Motion
9  for Order for Determination of Good Faith Settlement Between Plaintiff and
10 Defendants The Ant Commandos, Hong Lip Yow, and Raymond Yow (the "Good
11 Faith Motion"), along with supporting pleadings;
12 WHEREAS, Judge Anderson transferred this case to the United States
13 District Court for the Northern District of California after the Good Faith Motion
14 was filed but before any opposition was filed and before the Good Faith Motion
15 could be heard;
16 THEREFORE, ALL PARTIES AND THEIR ATTORNEYS OF RECORD
17 ARE HEREBY NOTIFIED THAT on August 16, 2007 at 10:00 AM, or as soon
18 thereafter may be heard, at the courtroom of Judge Maria Elena James, located at
19 450 Golden Gate Ave., 15th floor, San Francisco, CA 94102, the Settling
20 Defendants will move this Court for an order:
21    1. for determination of a good faith settlement between Activision and the
22        Settling Defendants; and
23    2. barring any other co-defendant from any further claims against the
24        Settling Defendants for equitable comparative contribution, or partial
25        or comparative indemnity, based on comparative negligence or
26        comparative fault.
27
28

This Motion is based on the documents identified in the table below, all of which were properly served and filed with Judge Anderson and have now been transferred to this Court,[1] the pleadings, papers and records on file in this action, and all other matters and evidence that may be presented at the hearing on this motion.

| DATE FILED & SERVED | DOCKET NUMBER | DOCUMENT |
|---|---|---|
| 06/28/2007 | 119 | SEALED DOCUMENT-Notice of Motion and Motion for Order for Determination of Good Faith Settlement Between Plaintiff and Defendants The Ant Commandos, Hong Lip Yow, and Raymond Yow; Declaration of Michael A Oswald. |
| 06/28/2007 | 120 | SEALED DOCUMENT-Memorandum of Points and Authorities in Support of Motion for Order for Determination of Good Faith Settlement Between Plaintiff and Defendants The Ant Commandos, Hong Lip Yow, and Raymond Yow |
| 06/28/2007 | 121 | SEALED DOCUMENT- Declaration of Michael A Oswald in Support of Motion for Order for Determination of Good Faith Settlement Between Plaintiff and Defendants The Ant Commandos, Hong Lip Yow, and Raymond Yow |
| 06/28/2007 | 122 | PROOF OF SERVICE re MOTION for Order for determination of good faith settlement between plaintiff and defendants The Ant Commandos, Hong Lip Yow, and Raymond Yow [119], Memorandum in Support of Motion [120], Declaration [121]; served on 6/28/07. Filed by Defendants Hong Yip Low, Raymond Yow, Ant Commandos Inc |
| 06/28/2007 | 123 | NOTICE of Settlement filed by Defendants Hong Yip Low, Raymond Yow, Ant Commandos, Inc. |
| 06/28/2007 | LODGED – NO DOCKET NUMBER | Proposed Order |

---

[1] For the Court's convenience, the Docket Numbers assigned to these pleadings is also included.

| | |
|---|---|
| 1 | A courtesy copy of all of this Notice and these pleadings will be delivered to |
| 2 | the Court's Chambers. |
| 3 | |
| 4 | Dated: July 12, 2007 |

Respectfully submitted,

OSWALD & YAP

By: _____
Michael A. Oswald

Attorneys for Defendant
The Ant Commandos, Hong Lip Yow
and Raymond Yow