1  OSWALD & YAP
   A Professional Corporation
2  Michael A. Oswald, Esq. (SBN 87299)
   Claudia Mourad (SBN 211139)
3  16148 Sand Canyon Avenue
   Irvine, California  92618
4  Telephone: (949) 788-8900
   Telecopier:  (949) 788-8980
5
   Attorneys for Defendants
6  The Ant Commandos, Hong Lip Yow,
   and Raymond Yow
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 ACTIVISION PUBLISHING, INC.,          CASE NO.  CV 07-03536 MEJ

12              Plaintiffs,               Complaint filed January 18, 2007

13           v.                           CONSENT TO PROCEED BEFORE
                                          A UNITED STATES MAGISTRATE
14                                        JUDGE

15 JOHN TAM, an individual, JAMIE
   YANG, an individual, COREY FONG,      Date: August 16, 2007
16 an individual, DOUG KENNEDY, and      Time: 10:00 a.m.
   individual, HONG LIP YOW, and         Place: Courtroom B, 15th Floor
17 individual, RAYMOND YOW, and
   individual, REVERB
18 COMMUNICATIONS, INC., a
   California corporation, and  THE ANT
19 COMMANDOS, INC., a California
   corporation
20
                Defendants.
21

22

23 CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE

24 JUDGE

25       In accordance with the provisions of Title 28, U.S.C. Section 636( c),

26 the undersigned party hereby voluntarily consents to have a Unites States

27 Magistrate Judge conduct any and all further proceedings in the case,

28
                                   -1-

CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE        CV 07-03536 MEJ
                                                    93502.1

1 | including trial, and order the entry of a final judgment. Appeal from the
2 | judgment shall be taken directly to the United States Court of Appeals for
3 | the Ninth Circuit.
4 |
5 |
6 |
7 |                                    OSWALD & YAP
8 |
9 | Dated: July 13, 2007          By:
10 |                                   Michael A. Oswald
                                     Claudia Mourad
11 |                                  Attorneys for Defendants, The Ant
                                     Commandos, Hong Lip Yow, and Raymond
12 |                                  Yow
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

-2-