Wang, Hartmann & Gibbs, PC
Richard F. Cauley (SBN: 109194)
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Telephone: (949) 833-8483
Facsimile: (949) 833-2281

DOCKETED ON CM
MAY 17 2007
BY ____ 009

FILED
CLERK, U.S. DISTRICT COURT
MAY 16 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

LODGED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Activision Publishing, Inc., a Delaware corporation<br>Plaintiff(s)<br>v.<br>John Tam, an individual, Jamie Yang, an individual, Corty Fong, an individual, et al<br>Defendant(s). | CASE NUMBER<br>CV 07-00464 PA (Ex)<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

_____ John Tam _____  ☐ Plaintiff  ☑ Defendant  ☐ Other _____
*Name of Party*

to substitute _____ Yee-Horn Shuai and Shuai & Associates _____ who is

☑ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

_____ 301 E. Colorado Blvd., Suite 514 _____
*Street Address*

_____ Pasadena, CA 91101 _____        _____ yhshuai@gmail.com _____
*City, State, Zip*                                  *E-Mail Address*

_____ (626) 405-0348 _____    _____ (626) 405-0890 _____    _____ 104897 _____
*Telephone Number*                  *Fax Number*                    *State Bar Number*

as attorney of record in place and stead of Richard F. Cauley and Wang, Hartmann & Gibbs, PC
*Present Attorney*

is hereby  ☑ GRANTED    ☐ DENIED

Dated _____ May 16, 2007 _____

_____
U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL :** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

---

G-01 ORDER (06/05)          ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

Wang, Hartmann & Gibbs, PC
Richard F. Cauley (SBN: 109194)
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Telephone: (949) 833-8483
Facsimile: (949) 833-2281



Send
FILED
CLERK, U.S. DISTRICT COURT
MAY 16 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

LODGED

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Activision Publishing, Inc., a Delaware corporation<br>Plaintiff(s)<br>v.<br>John Tam, an individual, Jamie Yang, an individual, Corty Fong, an individual, et al<br>Defendant(s). | CASE NUMBER<br>CV 07-00464 PA (Ex)<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

DOCKETED ON CM
MAY 17 2007
BY       009

The Court hereby orders that the request of:

__Corey Fong__         ☐ Plaintiff  ☑ Defendant  ☐ Other
*Name of Party*

to substitute __Yee-Horn Shuai and Shuai & Associates__ who is

☑ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__301 E. Colorado Blvd., Suite 514__
*Street Address*

__Pasadena, CA 91101__                       __yhshuai@gmail.com__
*City, State, Zip*                             *E-Mail Address*

__(626) 405-0348__        __(626) 405-0890__        __104897__
*Telephone Number*        *Fax Number*              *State Bar Number*

as attorney of record in place and stead of __Richard F. Cauley and Wang, Hartmann & Gibbs, PC__
*Present Attorney*

is hereby   ☑ GRANTED    ☐ DENIED

Dated __5/16/07__

U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (06/05)        ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

Wang, Hartmann & Gibbs, PC
Richard F. Cauley (SBN: 109194)
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Telephone: (949) 833-8483
Facsimile: (949) 833-2281

Send

FILED
CLERK, U S. DISTRICT COURT

MAY 3 - 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Activision Publishing, Inc., a Delaware corporation | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 07-00464 PA (Ex) |
| v. | |
| John Tam, an individual, Jamie Yang, an individual, Corty Fong, an individual, et al | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

The Court hereby orders that the request of:

__Jamie Yang__   ☐ Plaintiff  ☑ Defendant  ☐ Other _____
*Name of Party*

to substitute __Yee-Horn Shuai and Shuai & Associates__ who is

☑ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__301 E. Colorado Blvd., Suite 514__
*Street Address*

__Pasadena, CA 91101__                    __yhshuai@gmail.com__
*City, State, Zip*                          *E-Mail Address*

__(626) 405-0348__         __(626) 405-0890__         __104897__
*Telephone Number*          *Fax Number*               *State Bar Number*

as attorney of record in place and stead of __Richard F. Cauley and Wang, Hartmann & Gibbs, PC__
*Present Attorney*

is hereby  ☑ GRANTED   ☐ DENIED

Dated __4/2/07__

U. S. District Judge/U.S. Magistrate Judge

LODGED 2007 MAY -2 PH 2:23

DOCKETED ON CM
MAY - 4 2007
BY  067

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (06/05)    ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY