IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., | No. C 07-3536 MEJ |
| Plaintiff(s), | **ORDER SETTING HEARING DATE RE: MOTION FOR ORDER FOR DETERMINATION OF GOOD FAITH SETTLEMENT** |
| vs. | |
| JOHN TAM, et al., | |
| Defendant(s). | **ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM** |

Pending before the Court the defendants motions regarding a determination of good faith settlement. The Court shall hear any such motions on August 30, 2007 at 10:00 a.m. in Courtroom B. The parties shall ensure that the undersigned receives chambers copy of all documents related to these motions.

Further, upon review of the record in this action, the Court notes that several of the parties have not filed written consents to Magistrate Judge James' jurisdiction or requests for reassignment to a United States District Court judge for trial. This civil case was randomly assigned to United States Magistrate Judge Maria-Elena James for all purposes including trial. In accordance with Title 28, U.S.C. § 636(c), the magistrate judges of this District Court are designated to conduct any and all proceedings in a civil case, including a jury or non-jury trial, and to order the entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge

1  James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same
2  manner as an appeal from any other judgment of a district court.
3      You have the right to have your case assigned to a United States District Judge for trial and
4  disposition.  Accordingly, the parties that have not already done so shall inform the Court whether
5  they consent to Magistrate Judge James' jurisdiction or request reassignment to a United States
6  District Judge for trial.  A copy of both the consent and declination forms may be obtained from the
7  Northern District of California's website at http://www.cand.uscourts.gov/.  From the homepage,
8  click on the "Forms" tab on the left margin, then choose "Civil."  The parties shall inform the Court
9  as soon as possible, but no later than August 2, 2007.
10     **IT IS SO ORDERED.**

12 Dated: July 19, 2007

                                            MARIA-ELENA JAMES
                                            United States Magistrate Judge

**United States District Court**
For the Northern District of California

2