1  **Yee-Horn Shuai, Esq.**
   **SHUAI & ASSOCIATES**
2  301 E. Colorado Blvd., Suite 514
   Pasadena, California 91101
3  Tel. (626) 405-0348
   Fax (626) 405-0890
4  Bar No. 104897
   E-mail: yhshuai@gmail.com
5
   Attorney for John Tam, Jamie Yang,
6  and Corey Fong

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10 ACTIVISION PUBLISHING, INC., a        )
   Delaware corporation,                 )  Case No. C 07-03536 MEJ
11                                        )
                    Plaintiff,            )
12                                        )
   vs.                                    )  CONSENT TO PROCEED BEFORE A
13                                        )  UNITED STATES MAGISTRATE JUDGE
   JOHN TAM, an individual, JAMIE YANG, an )
14 individual, et al.,                    )
                                          )
15                  Defendants.           )
   _____)

16

17         CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

18         In accordance with the provision of Title 28, U.S.C. Section 636©), the undersigned party

19 hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

20 proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the

21 judgment shall be taken directly to the United States Court of Appeal for the Ninth Circuit.

22 Dated:  July 19, 2007                          SHUAI & ASSOCIATES

23

24                                               _____
                                                 Yee-Horn Shuai, Attorney for defendants
                                                 John Tam, Corey Fong and JamieYang
25

26

27

28

YHS/fs/071907/107001 Consent to Proceed before Magistrate Judge 01.wpd                    1
_____
            CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**

STATE OF CALIFORNIA         )
                                    ) S.S.

COUNTY OF LOS ANGELES     )

       I am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party to the within action, my business address is 301 E. Colorado Blvd., Suite 514, Pasadena, CA 91101.

       On July 19, 2007, I served the foregoing documents described as CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes by U.S. First Class Mail with postage thereon fully prepaid, deposited such envelope in the mail at Pasadena, California, addressed as follows:

See attached mailing list

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

Executed on July 19, 2007, at Pasadena, California.

       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Fannie Chang

SERVICE LIST

Robert W. Dickerson
Michael A. Tomasulo
Anna E. Raimer
JONES DAY
555 S. Flower Street, 15th Floor
Los Angeles, CA 90071-2300
Tel: (213) 489-3939
Fax: (213) 243-2539
Email: rwdickerson@jonesday.com
        Matomasulo@jonesday.com
ATTORNEYS FOR PLAINTIFF

Kurt E. Wilson
Sweeney, Mason, Wilson & Bosomworth
983 University Ave., Suite 104C
Los Gatos, CA 95032-7637
Tel: (408) 356-3000
Fax: (408) 34-8839
Email: kwilson@smwb.com
ATTORNEYS FOR DEFENDANTS
DOUG KENNEDY & REVERB COMMUNICATIONS, INC.

Michael A. Oswald
Oswald & Yap
16148 Sand Canyon Ave.
Irvine, CA 92618
Tel: (949) 788-8900
Fax: (949) 788-8980
Email: mao@oswald-yap.com
ATTORNEYS FOR DEFENDANTS
THE ANT COMMANDOS, INC. AND HONG LIP YOW

Richard Cauley (Courtesy copy)
Wang, Hartmann & Gibbs, PC
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Tel: (949) 833-8483
Fax: (949) 833-2281
Email: rcauley@whglawfirm.com