1 | KURT E. WILSON, ESQ. (121163)
  | TREVOR J. ZINK, ESQ. (218860)
2 | **SWEENEY, MASON, WILSON & BOSOMWORTH**
  | A Professional Law Corporation
3 | 983 University Avenue, Suite 104C
  | Los Gatos, CA 95032-7637
4 | Telephone: (408) 356-3000
  | Facsimile: (408) 354-8839
5 |
6 | Attorneys for Defendants
  | DOUG KENNEDY and
7 | REVERB COMMUNICATIONS, INC.
8 |
9 | UNITED STATES DISTRICT COURT
10 | NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., | CASE NO. C 07-3536 MEJ |
| Plaintiff, | **CONSENT TO ASSIGNMENT OF MAGISTRATE JUDGE** |
| v. | |
| JOHN TAM, an individual, JAMIE YANG, an individual, COREY FONG, an individual, DOUG KENNEDY, an individual, HONG LIP YOW, an individual, RAYMOND YOW, an individual, REVERB COMMUNICATIONS, INC., a California corporation, THE ANT COMMANDOS, INC., a California corporation., | |
| Defendants. | |

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

CONSENT TO ASSIGNMENT OF MAGISTRATE JUDGE                                1

1  In accordance with the provisions of 18 U.S.C. §636(c), the undersigned hereby
2  consents to have United States Magistrate Judge Maria-Elena James conduct any and all
3  further proceedings in this case, including trial, and order the entry of a final judgment,
4  and voluntarily waives the right to proceed before a United States District Judge.

5  Dated: July 19, 2007     **SWEENEY, MASON, WILSON & BOSOMWORTH**

By:   /s/    Kurt E. Wilson, Esq.
KURT E. WILSON, ESQ.
TREVOR J. ZINK, ESQ.
Attorneys for Defendants
DOUG KENNEDY and
REVERB COMMUNICATIONS, INC.