1  OSWALD & YAP
   A Professional Corporation
2  Michael A. Oswald, Esq. (SBN 87299)
   16148 Sand Canyon Avenue
3  Irvine, California  92618
   Telephone: (949) 788-8900
4  Telecopier:  (949) 788-8980

5  Attorneys for Defendants
   The Ant Commandos, Hong Lip Yow,
6  and Raymond Yow

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | ACTIVISION PUBLISHING, INC., | CASE NO.  C 07-03536 MEJ |
|---|---|---|
| 12 | Plaintiff, | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL UNREDACTED OPPOSITION TO MOTION FOR ORDER DETERMINING A GOOD FAITH SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS JOHN TAM, COREY FONG AND JAMIE YANG; AND DECLARATION OF MICHAEL A. OSWALD IN SUPPORT THEREOF**; |
| 13 | v. | |
| 14 | | |
| 15 | JOHN TAM, an individual, JAMIE YANG, an individual, COREY FONG, an individual, DOUG KENNEDY, and individual, HONG LIP YOW, and individual, RAYMOND YOW, and individual, REVERB COMMUNICATIONS, INC., a California corporation, and  THE ANT COMMANDOS, INC., a California corporation | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | **DECLARATION OF CLAUDIA MOURAD [filed concurrently herewith]**; AND |
| 20 | Defendants. | |
| 21 | | **[PROPOSED] ORDER** |
| 22 | | Date:  August 30, 2007
Time:  10:00 AM |
| 23 | | Dept:  Courtroom B, 15th Floor
Judge: Maria Elena James |
| 24 | | |

25      Pursuant to Civil Local Rule 79-5, Defendants The Ant Commandos, Hong

26  Lip Yow, and Raymond Yow (hereinafter collectively "TAC Defendants") hereby

27  submit their Administrative Motion to File Under Seal their unredacted

28  Opposition to Motion for Order Determining Good Faith Settlement

---

1

ADMINISTRATIVE MOTION TO FILE UNDER SEAL                                           C 07-03536 MEJ
94070.1

1  ("Opposition") and the Declaration of Michael A. Oswald ("Declaration") in
2  support thereof, because those documents contain information regarding
3  confidential settlement agreements entered into by and between the parties, as well
4  as confidential financial information, such as salary information, that must remain
5  confidential in order to protect the privacy of those individuals.
6      The parties have all agreed to maintain the confidentiality of said
7  information, and thus the TAC Defendants respectfully request that the
8  unredacted Opposition and the Declaration be filed under seal.

                              OSWALD & YAP

Dated: August 9, 2007        By:  /s/
                                    Michael A. Oswald
                                    Claudia Mourad
                                    Attorneys for Defendants, The Ant
                                    Commandos, Hong Lip Yow, and Raymond
                                    Yow

**IT IS SO ORDERED**:

Dated: _____, 2007        _____
                                                          Honorable Maria Elena James
                                                           Judge of the United States District
                                                           Court