1  OSWALD & YAP
   A Professional Corporation
2  Michael A. Oswald, Esq. (SBN 87299)
   16148 Sand Canyon Avenue
3  Irvine, California  92618
   Telephone: (949) 788-8900
4  Telecopier:  (949) 788-8980

5  Attorneys for Defendants
   The Ant Commandos, Hong Lip Yow,
6  and Raymond Yow

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | ACTIVISION PUBLISHING, INC., | CASE NO. C 07-03536 MEJ |
|---|---|---|
| 12 | Plaintiffs, | **DECLARATION OF CLAUDIA MOURAD IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| 13 | v. | |
| 14 | | |
| 15 | JOHN TAM, an individual, JAMIE YANG, an individual, COREY FONG, an individual, DOUG KENNEDY, and individual, HONG LIP YOW, and individual, RAYMOND YOW, and individual, REVERB COMMUNICATIONS, INC., a California corporation, and THE ANT COMMANDOS, INC., a California corporation | Date: August 30, 2007<br>Time: 10:00 AM<br>Dept: Courtroom B, 15th Floor<br>Judge: Maria Elena James |
| 20 | Defendants. | |

22  I, Claudia Mourad, hereby declare as follows:

23        1.    I am an attorney at the law firm of Oswald & Yap, attorneys for the
24  Defendants The Ant Commandos, Hong Lip Yow, and Raymond Yow (hereinafter
25  collectively "TAC Defendants"). I make this declaration in support of TAC
26  Defendants' Administrative Motion to File Under Seal. I have personal knowledge
27  of the following, and if called upon as a witness, I could and would competently
28  testify thereto.

-1-

DECLARATION OF CLAUDIA MOURAD                                      C 07-03536 MEJ
94072.1

2. The Opposition to Motion for Order Determining Good Faith Settlement ("Opposition") and the Declaration of Michael A. Oswald ("Declaration") in support thereof contain information regarding confidential settlement agreements entered into by and between the parties, as well as confidential financial information, such as salary information, that must remain confidential in order to protect the privacy of those individuals. The parties to this lawsuit have all agreed to maintain the confidentiality of said information, and have designated the documents attached as Exhibits A-D to the Declaration of Michael A. Oswald as being confidential, pursuant to the Joint Stipulated Protective Order signed by all of the parties and so ordered by the United States Magistrate Judge on January 31, 2007.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 9th day of August 2007, at Irvine, California.

_____
Claudia Mourad, Declarant

DECLARATION OF CLAUDIA MOURAD
94072.1

C 07-03536 MEJ