

**EXHIBIT "A"**