

**EXHIBIT "B"**