

**EXHIBIT "D"**