1  OSWALD & YAP
   A Professional Corporation
2  Michael A. Oswald, Esq. (SBN 87299)
   16148 Sand Canyon Avenue
3  Irvine, California   92618
   Telephone: (949) 788-8900
4  Telecopier:  (949) 788-8980

5  Attorneys for Defendants
   The Ant Commandos, Hong Lip Yow,
6  and Raymond Yow

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  ACTIVISION PUBLISHING, INC.,          CASE NO.  C 07-03536 MEJ

12                  Plaintiffs,            **[PROPOSED] ORDER DENYING
                                           DEFENDANTS
13            v.                           JOHN TAM. COREY FONG, AND
                                           JAMIE YANG'S
14                                         MOTION FOR ORDER
    JOHN TAM, an individual, JAMIE         DETERMINING GOOD FAITH
15  YANG, an individual, COREY FONG,       SETTLEMENT**
    an individual, DOUG KENNEDY, and
16  individual, HONG LIP YOW, and
    individual, RAYMOND YOW, and           Date:   August 30, 2007
17  individual, REVERB                     Time:   10:00 AM
    COMMUNICATIONS, INC., a                Dept:   Courtroom B, 15th Floor
18  California corporation, and  THE ANT   Judge: Maria Elena James
    COMMANDOS, INC., a California
19  corporation

20                  Defendants.

21

22       The defendants John Tam, Corey Fong, and Jamie Yang's Motion for Order

23  Determining Good Faith Settlement Between Plaintiff and John Tam, Corey Fong,

24  and Jamie Yang has come before the Court.

25       The court, having read and considered the moving, responding and reply

26  papers and having heard and considered the argument of counsel, and good cause

27  appearing therefore, orders as follows:

28       IT IS HEREBY ORDERED that defendants John Tam, Corey Fong, and

                                    -1-

1  Jamie Yang's Motion for Order Determining Good Faith Settlement Between

2  Plaintiff and John Tam, Corey Fong, and Jamie Yang is **DENIED**.

3

4

5  IT IS SO ORDERED:

6

7

8  Dated: _____, 2007    _____

9                                         Honorable Maria Elena James
                                          Judge of the United States District

10                                        Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DENYING MOTION FOR GOOD FAITH SETTLEMENT          C 07-03536 MEJ
93909.2