## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and am not a party to the within action. My business address is that of 16148 Sand Canyon Avenue, Irvine, CA 92618.

On August 8, 2007, at Oswald & Yap, 16148 Sand Canyon Avenue, Irvine, CA 92618, following ordinary business practices, I served a true and correct copy of the foregoing document entitled

- ***MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION FOR ORDER DETERMINING GOOD FAITH SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS JOHN TAM, COREY FONG AND JAMIE YANG;***

- ***DECLARATION OF MICHAEL A. OSWALD;***

- ***[PROPOSED] ORDER***

on interested parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| Robert W. Dickerson<br>Michael A. Tomasulo<br>Anna E. Raimer<br>JONES DAY<br>555 South Flower Street, Fiftieth Floor<br>Los Angeles, CA 90071-2300<br>(213) 489-3939<br>FAX • (213) 243-2539<br>E-mail: rwdickerson@jonesday.com<br>  Matomasulo@jonesday.com<br>    Attorneys for Plaintiff,<br>    ACTIVISION PUBLISHING, INC. | Kurt E. Wilson, Esq.<br>Sweeney, Mason, Wilson & Bosomworth<br>983 University Avenue, Suite 104C<br>Los Gatos, CA 95032-7637<br>(408) 356-3000<br>FAX • (408) 354-8839<br>E-mail: kwilson@smwb.com<br>    Attorneys for Defendants, DOUG KENNEDY & REVERB COMMUNICATIONS, INC. |
| Yee-Horn Shuai, Esq.<br>Shuai & Associates<br>301 E. Colorado Blvd., Suite 514<br>Pasadena, CA 91101<br>(626) 405-0348<br>FAX • (626) 405-0890<br>E-mail:<br>    Attorneys for Defendants, JAMIE YANG, JOHN TAM and COREY FONG | Jason B. Witten, Esq. (*Courtesy Copy*)<br>Wang, Hartmann & Gibbs, PC<br>1301 Dove Street, Suite 1050<br>Newport Beach, CA 92660<br>(949) 833-8483<br>FAX • (949) 833-2281<br>E-mail: rcauley@whglawfirm.com |

( )   **BY MAIL:** I am readily familiar with Oswald & Yap's, business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Irvine, California.

10

OPPOSITION TO MOTION FOR ORDER RE GOOD FAITH SETTLEMENT         C 07-03536 MEJ
93875.1

1  ( ) **BY PERSONAL SERVICE:** I caused the foregoing document(s) to be delivered by hand to the above address(es).

2

3  ( X ) **BY OVERNIGHT COURIER:** I caused the foregoing document to be delivered to an overnight courier service (Federal Express) for delivery to the above address.

4

5  ( ) **BY FACSIMILE MACHINE:** I caused the above-referenced document(s) to be transmitted to the above-named persons at afore-referenced facsimile number.

6

7  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

8  Executed on August 8, 2007, at Irvine, California.

_____
Patricia Tonti-Mace

---

11

OPPOSITION TO MOTION FOR ORDER RE GOOD FAITH SETTLEMENT          C 07-03536 MEJ
93875.1