IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., | No. C 07-3536 MEJ |
| Plaintiff(s), | **ORDER RE: FILING OF CONFIDENTIAL DOCUMENTS** |
| vs. | |
| JOHN TAM, et al., | |
| Defendant(s). | |

    The parties in the above-captioned matter have been unilaterally filing documents under seal without an order from the Court. Pursuant to Civil Local Rule 79-5, no document may be filed under seal without a Court order that authorizes the sealing of the particular document, or portions thereof. Accordingly, if the parties wish to file documents under seal, they must comply with the requirements of Civil Local Rule 79-5.

    **IT IS SO ORDERED.**

Dated: August 13, 2007

                                                MARIA-ELENA JAMES
                                                United States Magistrate Judge