1  KURT E. WILSON, ESQ. (121163)
   TREVOR J. ZINK, ESQ. (218860)
2  **SWEENEY, MASON, WILSON & BOSOMWORTH**
   A Professional Law Corporation
3  983 University Avenue, Suite 104C
   Los Gatos, CA 95032-7637
4  Telephone: (408) 356-3000
   Facsimile: (408) 354-8839
5

6  Attorneys for Defendants
   DOUG KENNEDY and
7  REVERB COMMUNICATIONS, INC.

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 | ACTIVISION PUBLISHING, INC., | CASE NO. C 07-03536 MEJ |
|---|---|
| Plaintiff, | **DOUG KENNEDY'S AND REVERB COMMUNICATIONS, INC.'S MOTION TO FILE UNDER SEAL NON-REDACTED OPPOSITION TO MOTION FOR ORDER FOR DETERMINATION OF GOOD FAITH SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS JOHN TAM, COREY FONG, AND JAMIE YANG; DECLARATION OF TREVOR J. ZINK IN OPPOSITION; AND DECLARATION OF DOUG KENNEDY IN OPPOSITION** |
| v. | |
| JOHN TAM, an individual, JAMIE YANG, an individual, COREY FONG, an individual, DOUG KENNEDY, an individual, HONG LIP YOW, an individual, RAYMOND YOW, an individual, REVERB COMMUNICATIONS, INC., a California corporation, THE ANT COMMANDOS, INC., a California corporation. | |
| Defendants. | **Date: August 30, 2007<br>Time: 1:30 p.m.<br>Judge Maria-Elena James** |

21      Defendants Doug Kennedy and Reverb Communications, Inc. hereby submit this

22 Motion to File Under Seal the Non-redacted Opposition to Motion for Order for

23 Determination of Good Faith Settlement Between Plaintiff and Defendants John Tam,

24 Corey Fong, and Jamie Yang, the Declaration of Trevor J. Zink in Opposition and the

25 Declaration of Doug Kennedy in Opposition (the "Opposition re: Settlement of Tam,

26 Fong & Yang"), pursuant to Civil Local Rule 79-5.

27 ///

28 ///

---

DOUG KENNEDY'S AND REVERB COMMUNICATIONS, INC.'S MOTION TO FILE UNDER SEAL NON-REDACTED 1
OPPOSITION TO MOTION

1  This motion is made to protect confidential settlement agreement terms and
2  confidential financial information and privacy rights in accordance with a mutual
3  agreement among the parties.
4  Defendants Doug Kennedy and Reverb Communications, Inc. hereby respectfully
5  request that the documents filed with this Court on August 9, 2007, Document Nos. 12-
6  14, be removed from public record and filed under seal.  Defendants submit herewith a
7  redacted copy of the Opposition re: Settlement of Tam, Fong & Yang, to replace the non-
8  redacted documents in the public record.

Dated:  August 13, 2007            **SWEENEY, MASON, WILSON & BOSOMWORTH**

By:  /s/
KURT E. WILSON, ESQ.
TREVOR J. ZINK, ESQ.
Attorneys for Defendants
DOUG KENNEDY and
REVERB COMMUNICATIONS, INC.

**IT IS SO ORDERED.**

Dated:  August _____, 2007

MARIA-ELENA JAMES
Judge of the United States District Court