1  KURT E. WILSON, ESQ. (121163)
   TREVOR J. ZINK, ESQ. (218860)
2  **SWEENEY, MASON, WILSON & BOSOMWORTH**
   A Professional Law Corporation
3  983 University Avenue, Suite 104C
   Los Gatos, CA  95032-7637
4  Telephone: (408) 356-3000
   Facsimile: (408) 354-8839
5

6  Attorneys for Defendants
   DOUG KENNEDY and
7  REVERB COMMUNICATIONS, INC.

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 | ACTIVISION PUBLISHING, INC., | CASE NO. C 07-03536 MEJ |
|---|---|
| Plaintiff, | **ORDER TO FILE UNDER SEAL KENNEDY & REVERB COMMUNICATIONS, INC.'S NON-REDACTED OPPOSITION TO MOTION RE: SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS TAM, FONG AND YANG** |
| v. | |
| JOHN TAM, an individual, JAMIE YANG, an individual, COREY FONG, an individual, DOUG KENNEDY, an individual, HONG LIP YOW, an individual, RAYMOND YOW, an individual, REVERB COMMUNICATIONS, INC., a California corporation, THE ANT COMMANDOS, INC., a California corporation. | **Date:  August 30, 2007<br>Time: 1:30 p.m.<br>Judge Maria-Elena James** |
| Defendants. | |

21 **IT IS HEREBY ORDERED:**

22       Document Nos. 12-14, filed with this Court on August 9, 2007 by Defendants

23 Kennedy and Reverb shall be removed from public record and filed under seal and will

24 be replaced by redacted copies of the same.

25

26 Dated: August ___, 2007

                                        _____
27                                      MARIA-ELENA JAMES
                                        Judge of the United States District Court
28