1  KURT E. WILSON, ESQ. (121163)
   TREVOR J. ZINK, ESQ. (218860)
2  **SWEENEY, MASON, WILSON & BOSOMWORTH**
   A Professional Law Corporation
3  983 University Avenue, Suite 104C
   Los Gatos, CA  95032-7637
4  Telephone: (408) 356-3000
   Facsimile: (408) 354-8839
5

6  Attorneys for Defendants
   DOUG KENNEDY and
7  REVERB COMMUNICATIONS, INC.

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11 ACTIVISION PUBLISHING, INC.,          CASE NO. C 07-03536 MEJ

12        Plaintiff,                     **DECLARATION OF TREVOR J. ZINK
                                         IN SUPPORT OF DOUG KENNEDY'S
13 v.                                    AND REVERB COMMUNICATIONS,
                                         INC.'S MOTION TO FILE UNDER
14 JOHN TAM, an individual, JAMIE        SEAL NON-REDACTED OPPOSITION
   YANG, an individual, COREY FONG,      TO MOTION FOR ORDER FOR
15 an individual, DOUG KENNEDY, an       DETERMINATION OF GOOD FAITH
   individual, HONG LIP YOW, an          SETTLEMENT BETWEEN PLAINTIFF
16 individual, RAYMOND YOW, an           AND DEFENDANTS JOHN TAM,
   individual, REVERB                    COREY FONG, AND JAMIE YANG;
17 COMMUNICATIONS, INC., a               DECLARATION OF TREVOR J. ZINK
   California corporation, THE ANT       IN OPPOSITION; AND DECLARATION
18 COMMANDOS, INC., a California         OF DOUG KENNEDY IN OPPOSITION**
   corporation.
19                                       **Date:  August 30, 2007
         Defendants.                     Time: 1:30 p.m.**
20                                       **Judge Maria-Elena James**

21

22        I, TREVOR J. ZINK, hereby declare as follows:

23        1.      I am an attorney at law duly licensed to practice before all courts of the

24 State of California, and am an associate attorney at the law firm of Sweeney, Mason,

25 Wilson & Bosomworth, attorneys for Defendants Reverb Communications, Inc. and

26 Doug Kennedy.  The matters set forth in this declaration are true and of my own personal

27 knowledge.

28 ///

2.      On July 11, 2007, this case was transferred from Central District Court to the Northern District Court.

3.      On August 9, 2007, several documents were filed with this Court that contain confidential settlement agreement terms and confidential financial information. The documents were filed in accordance with the parties' Stipulated Protective Order filed in the Central District Court case.

4.      The parties in this action have agreed to maintain the confidentiality of, among other things, the settlement agreement terms and confidential financial information, such as salary information, of each of the parties.

5.      Redacted copies of the confidential documents are being submitted herewith, to replace the non-redacted confidential documents, Document Nos. 12-14, in the public record.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  August 13, 2007                    _____/s/_____
                                                        Trevor J. Zink