1  KURT E. WILSON, ESQ. (121163)
   TREVOR J. ZINK, ESQ. (218860)
2  **SWEENEY, MASON, WILSON & BOSOMWORTH**
   A Professional Law Corporation
3  983 University Avenue, Suite 104C
   Los Gatos, CA  95032-7637
4  Telephone: (408) 356-3000
   Facsimile: (408) 354-8839
5

6  Attorneys for Defendants
   DOUG KENNEDY and
7  REVERB COMMUNICATIONS, INC.

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  ACTIVISION PUBLISHING, INC., | CASE NO. C 07-3536 MEJ |
| 12       Plaintiff, | |
| 13  v. | **REDACTED DECLARATION OF DOUG KENNEDY IN OPPOSITION TO MOTION FOR ORDER FOR DETERMINATION OF GOOD FAITH SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS JOHN TAM, COREY FONG, AND JAIME YANG** |
| 14  JOHN TAM, an individual, JAMIE YANG, an individual, COREY FONG, an individual, DOUG KENNEDY, an individual, HONG LIP YOW, an individual, RAYMOND YOW, an individual, REVERB COMMUNICATIONS, INC., a California corporation, THE ANT COMMANDOS, INC., a California corporation. | |
| | Date:  August 30, 2007 |
| | Time:  1:30 p.m. |
| | Dept.: |
|        Defendants. | |

21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

I, DOUG KENNEDY, hereby state and declare as follows:

1. I am an individual residing in Tuolumne County, California, an employee of Reverb Communications, Inc., and a defendant in the within action.

2. The Reverb Communications, Inc. and I have never been in possession of any demo containing any Activision confidential or trade secret information.

3. Reverb had no connection to any of the steps taken to establish Hourglass/Lodestone.

4. Everything I did in further of Hourglass/Lodestone was done as an agent of the Ant Commandos Defendants. In fact, The Ant Commandos informed me that its directors named me to The Ant Commandos' board of directors in January 2007.

5. After The Ant Commandos settled with Activision, Raymond Yow informed me that Activision requested that the Ant Commandos Defendants make false statements for use against the Reverb and me.

6. ████████████████████████████████████████████████████████████████████████████████████████

I declare that the above facts are true and correct and are within my personal knowledge and if sworn to testify herein, I could and would competently testify thereto under penalty of perjury under the laws of the State of California.

Executed on August 9, 2007, at Twain Harte, California.



Doug Kennedy

DECLARATION OF DOUG KENNEDY IN OPPOSITION TO MOTION FOR ORDER FOR DETERMINATION OF GOOD FAITH SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS JOHN TAM, COREY FONG, AND JAIME YANG    2