KURT E. WILSON, ESQ. (121163)
TREVOR J. ZINK, ESQ. (218860)
**SWEENEY, MASON, WILSON & BOSOMWORTH**
A Professional Law Corporation
983 University Avenue, Suite 104C
Los Gatos, CA  95032-7637
Telephone: (408) 356-3000
Facsimile: (408) 354-8839

Attorneys for Defendants
DOUG KENNEDY and
REVERB COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN TAM, an individual, JAMIE YANG, an individual, COREY FONG, an individual, DOUG KENNEDY, an individual, HONG LIP YOW, an individual, RAYMOND YOW, an individual, REVERB COMMUNICATIONS, INC., a California corporation, THE ANT COMMANDOS, INC., a California corporation. <br><br> Defendants. | CASE NO. C 07-03536 MEJ <br><br> **DECLARATION OF TREVOR J. ZINK IN SUPPORT OF DOUG KENNEDY'S AND REVERB COMMUNICATIONS, INC.'S MOTION TO FILE UNDER SEAL NON-REDACTED OPPOSITION TO MOTION FOR ORDER FOR DETERMINATION OF GOOD FAITH SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS THE ANT COMMANDOS, HONG LIP YOW AND RAYMOND YOW; DECLARATION OF TREVOR J. ZINK IN OPPOSITION; AND DECLARATION OF DOUG KENNEDY IN OPPOSITION** <br><br> **Date:  August 30, 2007** <br> **Time: 1:30 p.m.** <br> **Judge Maria-Elena James** |

I, TREVOR J. ZINK, hereby declare as follows:

1. I am an attorney at law duly licensed to practice before all courts of the State of California, and am an associate attorney at the law firm of Sweeney, Mason, Wilson & Bosomworth, attorneys for Defendants Reverb Communications, Inc. and Doug Kennedy.  The matters set forth in this declaration are true and of my own personal knowledge.

///

2. On July 11, 2007, this case was transferred from Central District Court to the Northern District Court.

3. On August 9, 2007, several documents were filed with this Court that contain confidential settlement agreement terms and confidential financial information. The documents were filed in accordance with the parties' Stipulated Protective Order filed in the Central District Court case.

4. The parties in this action have agreed to maintain the confidentiality of, among other things, the settlement agreement terms and confidential financial information, such as salary information, of each of the parties.

5. Redacted copies of the confidential documents are being submitted herewith, to replace the non-redacted confidential documents, Document Nos. 15-17, in the public record.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 13, 2007                     /s/
                                        Trevor J. Zink