KURT E. WILSON, ESQ. (121163)
TREVOR J. ZINK, ESQ. (218860)
**SWEENEY, MASON, WILSON & BOSOMWORTH**
A Professional Law Corporation
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637
Telephone: (408) 356-3000
Facsimile: (408) 354-8839

Attorneys for Defendants
DOUG KENNEDY and
REVERB COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN TAM, an individual, JAMIE YANG, an individual, COREY FONG, an individual, DOUG KENNEDY, an individual, HONG LIP YOW, an individual, RAYMOND YOW, an individual, REVERB COMMUNICATIONS, INC., a California corporation, THE ANT COMMANDOS, INC., a California corporation.<br><br>    Defendants. | CASE NO. C 07-03536 MEJ<br><br>**ORDER TO FILE UNDER SEAL KENNEDY & REVERB COMMUNICATIONS, INC.'S NON-REDACTED OPPOSITION TO MOTION RE: SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS THE ANT COMMANDOS, HONG LIP YOW AND RAYMOND YOW**<br><br>**Date: August 30, 2007<br>Time: 1:30 p.m.<br>Judge Maria-Elena James** |

**IT IS HEREBY ORDERED:**

Document Nos. 15-17, filed with this Court on August 9, 2007 by Defendants Kennedy and Reverb shall be removed from public record and filed under seal and will be replaced by redacted copies of the same.

Dated: August 15, 2007

_____
MARIA-ELENA JAMES
Judge of the United States District Court

---

ORDER TO FILE UNDER SEAL KENNEDY & REVERB COMMUNICATIONS, INC.'S NON-REDACTED OPPOSITION TO MOTION RE: SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS THE ANT COMMANDOS, HONG LIP YOW AND RAYMOND YOW          1