KURT E. WILSON, ESQ. (121163)
TREVOR J. ZINK, ESQ. (218860)
**SWEENEY, MASON, WILSON & BOSOMWORTH**
A Professional Law Corporation
983 University Avenue, Suite 104C
Los Gatos, CA  95032-7637
Telephone: (408) 356-3000
Facsimile: (408) 354-8839

Attorneys for Defendants
DOUG KENNEDY and
REVERB COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., <br><br>　　　　Plaintiff, <br><br>v. <br><br>JOHN TAM, an individual, JAMIE YANG, an individual, COREY FONG, an individual, DOUG KENNEDY, an individual, HONG LIP YOW, an individual, RAYMOND YOW, an individual, REVERB COMMUNICATIONS, INC., a California corporation, THE ANT COMMANDOS, INC., a California corporation. <br><br>　　　　Defendants. | CASE NO. C 07-03536 MEJ <br><br>**ORDER TO FILE UNDER SEAL KENNEDY & REVERB COMMUNICATIONS, INC.'S NON-REDACTED OPPOSITION TO MOTION RE: SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS TAM, FONG AND YANG** <br><br>**Date:  August 30, 2007** <br>**Time: 1:30 p.m.** <br>**Judge Maria-Elena James** |

**IT IS HEREBY ORDERED:**

Document Nos. 12-14, filed with this Court on August 9, 2007 by Defendants Kennedy and Reverb shall be removed from public record and filed under seal and will be replaced by redacted copies of the same.

Dated:  August __15__, 2007

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　Judge of the United States District Court