OSWALD & YAP
A Professional Corporation
Michael A. Oswald, Esq. (SBN 87299)
16148 Sand Canyon Avenue
Irvine, California  92618
Telephone: (949) 788-8900
Telecopier:  (949) 788-8980

Attorneys for Defendants
The Ant Commandos, Hong Lip Yow,
and Raymond Yow

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN TAM, an individual, JAMIE YANG, an individual, COREY FONG, an individual, DOUG KENNEDY, and individual, HONG LIP YOW, and individual, RAYMOND YOW, and individual, REVERB COMMUNICATIONS, INC., a California corporation, and THE ANT COMMANDOS, INC., a California corporation<br><br>Defendants. | CASE NO.  C 07-03536 MEJ<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL UNREDACTED REPLY TO DOUG KENNEDY'S AND REVERB COMMUNICATIONS, INC'S OPPOSITION TO MOTION FOR ORDER FOR DETERMINATION OF GOOD FAITH SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS THE ANT COMMANDOS, HONG LIP YOW, AND RAYMOND YOW; DECLARATION OF MICHAEL A. OSWALD IN SUPPORT THEREOF; AND DECLARATION OF RAYMOND YOW  IN SUPPORT THEREOF**<br><br>**DECLARATION OF MICHAEL A. OSWALD [filed concurrently herewith];**<br><br>**[PROPOSED] ORDER**<br><br>Date:  August 30, 2007<br>Time:  10:00 AM<br>Dept:   Courtroom B, 15th Floor<br>Judge: Maria Elena James |

1    Pursuant to Civil Local Rule 79-5, Defendants The Ant Commandos, Hong
2  Lip Yow, and Raymond Yow (hereinafter collectively "TAC Defendants") hereby
3  submit their Administrative Motion to File Under Seal their unredacted Reply to
4  Opposition to Motion for Order Determining Good Faith Settlement ("Reply"),
5  Declaration of Michael A. Oswald ("Oswald Declaration"), and  Declaration of
6  Raymond Yow ("Yow Declaration") in support thereof, because those documents
7  contain information regarding a confidential settlement agreement entered into
8  between the parties. The Plaintiff and TAC Defendants all agreed to maintain the
9  confidentiality of the settlement agreement entered into by the parties.
10    The Reply, Oswald Declaration, and Yow Declaration also address a false
11  statement made in the Opposition regarding The Ant Commandos, and The Ant
12  Commandos seek to prevent the further publication of that false statement in the
13  Reply, the Oswald Declaration, and Yow Declaration.   The false statement is
14  addressed in the Reply on page 4:21-23, page 5:1 - 8, the Oswald Declaration  ¶ 6,
15  and Yow Declaration ¶ 4.
16    Prior to this case being transferred to the Northern District, the TAC
17  Defendants' Motion for Order Determining Good Faith Settlement was filed under
18  seal pursuant to the Joint Stipulated Protective Order signed by all of the parties
19  and so ordered by the United States Magistrate Judge on January 31, 2007. The
20  TAC Defendants respectfully request that the unredacted Reply, Oswald
21  Declaration, and Yow Declaration also be filed under seal.
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

OSWALD & YAP

Dated: August 9, 2007        By:   /s/
                                  Michael A. Oswald
                                  Claudia Mourad
                                  Attorneys for Defendants, The Ant
                                  Commandos, Hong Lip Yow, and Raymond
                                  Yow

**IT IS SO ORDERED**:

Dated: _____, 2007        _____
                                       Honorable Maria Elena James
                                       Judge of the United States District
                                       Court