OSWALD & YAP
A Professional Corporation
Michael A. Oswald, Esq. (SBN 87299)
16148 Sand Canyon Avenue
Irvine, California  92618
Telephone: (949) 788-8900
Telecopier:  (949) 788-8980

Attorneys for Defendants
The Ant Commandos, Hong Lip Yow,
and Raymond Yow

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., <br><br>Plaintiffs,<br><br>v.<br><br>JOHN TAM, an individual, JAMIE YANG, an individual, COREY FONG, an individual, DOUG KENNEDY, and individual, HONG LIP YOW, and individual, RAYMOND YOW, and individual, REVERB COMMUNICATIONS, INC., a California corporation, and THE ANT COMMANDOS, INC., a California corporation<br><br>Defendants. | CASE NO.  C 07-03536 MEJ<br><br>**DECLARATION OF MICHAEL A. OSWALD IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Date:   August 30, 2007<br>Time:  10:00 AM<br>Dept:   Courtroom B, 15th Floor<br>Judge: Maria Elena James |

I, Michael A. Oswald, hereby declare as follows:

    1.    I am an attorney licensed to practice before this court and I am a principal with the law firm of Oswald & Yap, attorneys for the Defendants The Ant Commandos, Hong Lip Yow, and Raymond Yow (hereinafter collectively "TAC Defendants"). I make this declaration in support of TAC Defendants' Administrative Motion to File Under Seal. I have personal knowledge of the following, and if called upon as a witness, I could and would competently testify

-1-

1  thereto.

2  2. Prior to this case being transferred to the Northern District, the TAC
3  Defendants' Motion for Order Determining Good Faith Settlement was filed under
4  seal pursuant to the Joint Stipulated Protective Order signed by all of the parties
5  and so ordered by the United States Magistrate Judge on January 31, 2007.

6  3. The Reply to the Opposition to Motion for Order Determining Good
7  Faith Settlement ("Reply"), the Declaration of Michael A. Oswald ("Oswald
8  Declaration") and the Declaration of Raymond Yow ("Yow Declaration") in
9  support thereof contain information regarding the confidential settlement
10 agreement entered into by and between the parties.

11 4. The Ant Commandos seek to file the Reply and Declaration under
12 seal to also prevent the disclosure and further publication of a false statement
13 regarding The Ant Commandos, made in the Opposition to the Motion and
14 addressed in the Reply and the Declaration.

15 I certify and declare under penalty of perjury under the laws of the State of
16 California that the foregoing is true and correct.

17 Dated this __th day of August 2007, at Irvine, California.

/s/
Michael A. Oswald, Declarant

-2-

DECLARATION OF CLAUDIA MOURAD                                      C 07-03536 MEJ
94147.1