1

2

3        9.      Contrary to paragraph 6 of Doug Kennedy's declaration in support of

4  his Opposition, Doug Kennedy was not a director of TAC.

5        10.     Contrary to paragraph 4 of Doug Kennedy's declaration in support of

6  his Opposition, there was no principal - agent relationship between Doug Kennedy

7  and TAC.

8        11.     Contrary to paragraph 3 of Doug Kennedy's declaration in support of

9  his Opposition, Doug Kennedy and The Ant Commandos were each going to be

10 shareholders of a new business to be formed called "Lodestone."

11       I certify and declare under penalty of perjury under the laws of the State of

12 California that the foregoing is true and correct.

13       Dated this 15 th day of August 2007, at _Ontario_, California.

14

15

16                                          RAYMOND YOW

17

18

19

20

21

22

23

24

25

26

27

28

3