OSWALD & YAP
A Professional Corporation
Michael A. Oswald, Esq. (SBN 87299)
16148 Sand Canyon Avenue
Irvine, California 92618
Telephone: (949) 788-8900
Telecopier: (949) 788-8980

Attorneys for Defendants
The Ant Commandos, Hong Lip Yow,
and Raymond Yow

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., | CASE NO. C 07-03536 MEJ |
| Plaintiff, | **DEFENDANTS THE ANT COMMANDOS, HONG LIP YOW, AND RAYMOND YOW'S OBJECTION TO DECLARATION OF DOUG KENNEDY** |
| v. | |
| JOHN TAM, an individual, JAMIE YANG, an individual, COREY FONG, an individual, DOUG KENNEDY, and individual, HONG LIP YOW, and individual, RAYMOND YOW, and individual, REVERB COMMUNICATIONS, INC., a California corporation, and THE ANT COMMANDOS, INC., a California corporation | Date: August 30, 2007<br>Time: 10:00 AM<br>Dept: Courtroom B, 15th Floor<br>Judge: Maria Elena James |
| Defendants. | |

Defendants The Ant Commandos, Hong Lip Yow, and Raymond Yow (collectively referred to as "TAC Defendants") hereby submit the following objections to the Declaration of Doug Kennedy in support of Doug Kennedy's and Reverb Communication, Inc's opposition to the TAC Defendants' motion ("Motion") for order for determination of good faith settlement between Plaintiff and TAC Defendants.

///

---

1

OBJECTION TO DECLARATION OF DOUG KENNEDY        C 07-03536 MEJ
94186.1

## I. OBJECTIONS TO EVIDENCE

1. TAC Defendants object to the second sentence of paragraph 4, on the grounds that is inadmissible hearsay pursuant to Rule 802.

2. TAC Defendants object to paragraph 5, on the grounds that is inadmissible hearsay pursuant to Rule 802.

3. TAC Defendants object to paragraph 6, on the grounds that it is conclusory, lacks foundation, based on speculation, the declarant lacks personal knowledge as required by Rule 602, and/or is based on hearsay, and that it is not the best evidence. Declarant has provided no competent evidence to support the statements, and the statements are therefore irrelevant and inadmissible pursuant to Rule 402.

## II. CONCLUSION

Based upon the foregoing, the TAC Defendants respectfully request that the court decline to consider the above described evidence and strike it from Doug Kennedy's and Reverb Communication, Inc's opposing papers.

OSWALD & YAP, APC

Date: August 15, 2007        By:_____
                             Michael A. Oswald, Esq.,
                             Attorneys for Defendants, THE ANT
                             COMMANDOS, INC., RAYMOND
                             YOW and HONG LIP YOW