1  OSWALD & YAP
   A Professional Corporation
2  Michael A. Oswald, Esq. (SBN 87299)
   16148 Sand Canyon Avenue
3  Irvine, California  92618
   Telephone:  (949) 788-8900
4  Telecopier:  (949) 788-8980
   email:  mao@oswald-yap.com
5
   Attorneys for Defendants
6  The Ant Commandos, Inc. and
   Hong Lip Yow
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | ACTIVISION PUBLISHING, INC.,        | CASE NO.  C 07-03536 MEJ
12 |              Plaintiffs,             | Complaint filed: January 22, 2007
13 | v.                                   | Magistrate Judge Maria Elena James
14 | JOHN TAM, an individual, JAMIE       | **PROOF OF SERVICE RE:**
15 | YANG, an individual, COREY FONG,     | ***UNREDACTED* DOCUMENTS
   | an individual, DOUG KENNEDY, and     | FILED UNDER SEAL IN REPLY
16 | individual, HONG LIP YOW, and        | TO OPPOSITION TO MOTION
   | individual, RAYMOND YOW, and         | FOR DETERMINATION OF
17 | individual, REVERB                   | GOOD FAITH SETTLEMENT
   | COMMUNICATIONS, INC., a              | BETWEEN PLAINTIFF AND THE
18 | California corporation, and THE ANT  | ANT COMMANDOS, HONG LIP
   | COMMANDOS, INC., a California        | YOW AND RAYMOND YOW**
19 | corporation
   |                                      | Date: August 30, 2007
20 |              Defendants.              | Time: 10;00 AM
   |                                      | Crtrm: B
21 |                                      | Judge: Magistrate Maria-Elena James

22

23

24

25

26

27

28

                                    1

PROOF OF SERVICE                                              C 07-03536 MEJ
94206.1

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and am not a party to the within action. My business address is that of 16148 Sand Canyon Avenue, Irvine, CA 92618.

On August 15, 2007, at Oswald & Yap, 16148 Sand Canyon Avenue, Irvine, CA 92618, following ordinary business practices, I served a true and correct copy of the following <u>UNREDACTED</u> documents entitled:

- ***REPLY TO DOUG KENNEDY'S AND REVERB COMMUNICATIONS, INC'S OPPOSITION TO MOTION FOR ORDER FOR DETERMINATION OF GOOD FAITH SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS THE ANT COMMANDOS, HONG LIP YOW, AND RAYMOND YOW;***

- ***DECLARATION OF MICHAEL A. OSWALD;***

- ***DECLARATION OF RAYMOND YOW***

on interested parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed as follows:

Robert W. Dickerson
Michael A. Tomasulo
Anna E. Raimer
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071-2300
(213) 489-3939
FAX • (213) 243-2539
E-mail: rwdickerson@jonesday.com
      Matomasulo@jonesday.com
   Attorneys for Plaintiff,
ACTIVISION PUBLISHING, INC.

Kurt E. Wilson, Esq.
Sweeney, Mason, Wilson & Bosomworth
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637
(408) 356-3000
FAX • (408) 354-8839
E-mail: kwilson@smwb.com
   Attorneys for Defendants, DOUG KENNEDY & REVERB COMMUNICATIONS, INC.

Yee-Horn Shuai, Esq.
Shuai & Associates
301 E. Colorado Blvd., Suite 514
Pasadena, CA 91101
(626) 405-0348
FAX • (626) 405-0890
E-mail:
   Attorneys for Defendants, JAMIE YANG, JOHN TAM and COREY FONG

Jason B. Witten, Esq. (*Courtesy Copy*)
Wang, Hartmann & Gibbs, PC
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
(949) 833-8483
FAX • (949) 833-2281
E-mail: rcauley@whglawfirm.com

( ) **BY MAIL:** I am readily familiar with Oswald & Yap's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and,

with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Irvine, California.

( )  **BY PERSONAL SERVICE:** I caused the foregoing document(s) to be delivered by hand to the above address(es).

( X )  **BY OVERNIGHT COURIER:** I caused the foregoing document to be delivered to an overnight courier service (Federal Express) for delivery to the above address.

( )  **BY FACSIMILE MACHINE:** I caused the above-referenced document(s) to be transmitted to the above-named persons at afore-referenced facsimile number.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 15, 2007, at Irvine, California.

_____
Patricia Tonti-Mace