1  OSWALD & YAP
   A Professional Corporation
2  Michael A. Oswald, Esq. (SBN 87299)
   16148 Sand Canyon Avenue
3  Irvine, California   92618
   Telephone: (949) 788-8900
4  Telecopier:  (949) 788-8980

5  Attorneys for Defendants
   The Ant Commandos, Hong Lip Yow,
6  and Raymond Yow

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  ACTIVISION PUBLISHING, INC., | CASE NO.  C 07-03536 MEJ |
| 12          Plaintiff, | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL UNREDACTED REPLY TO DOUG KENNEDY'S AND REVERB COMMUNICATIONS, INC'S OPPOSITION TO MOTION FOR ORDER FOR DETERMINATION OF GOOD FAITH SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS THE ANT COMMANDOS, HONG LIP YOW, AND RAYMOND YOW; DECLARATION OF MICHAEL A. OSWALD IN SUPPORT THEREOF; AND DECLARATION OF RAYMOND YOW  IN SUPPORT THEREOF** |
| 13     v. | |
| 14 JOHN TAM, an individual, JAMIE YANG, an individual, COREY FONG, an individual, DOUG KENNEDY, and individual, HONG LIP YOW, and individual, RAYMOND YOW, and individual, REVERB COMMUNICATIONS, INC., a California corporation, and  THE ANT COMMANDOS, INC., a California corporation | |
| 20          Defendants. | |
| 21 | **DECLARATION OF MICHAEL A. OSWALD [filed concurrently herewith];** |
| 22 | |
| 23 | ~~[PROPOSED]~~ **ORDER** |
| 24 | Date:  August 30, 2007
Time:  10:00 AM
Dept:   Courtroom B, 15th Floor
Judge: Maria Elena James |

27

28

---

1

ADMINISTRATIVE MOTION TO FILE UNDER SEAL                                         C 07-03536 MEJ
94144.1

1    Pursuant to Civil Local Rule 79-5, Defendants The Ant Commandos, Hong
2 Lip Yow, and Raymond Yow (hereinafter collectively "TAC Defendants") hereby
3 submit their Administrative Motion to File Under Seal their unredacted Reply to
4 Opposition to Motion for Order Determining Good Faith Settlement ("Reply"),
5 Declaration of Michael A. Oswald ("Oswald Declaration"), and  Declaration of
6 Raymond Yow ("Yow Declaration") in support thereof, because those documents
7 contain information regarding a confidential settlement agreement entered into
8 between the parties. The Plaintiff and TAC Defendants all agreed to maintain the
9 confidentiality of the settlement agreement entered into by the parties.
10    The Reply, Oswald Declaration, and Yow Declaration also address a false
11 statement made in the Opposition regarding The Ant Commandos, and The Ant
12 Commandos seek to prevent the further publication of that false statement in the
13 Reply, the Oswald Declaration, and Yow Declaration.   The false statement is
14 addressed in the Reply on page 4:21-23, page 5:1 - 8, the Oswald Declaration  ¶ 6,
15 and Yow Declaration ¶ 4.
16    Prior to this case being transferred to the Northern District, the TAC
17 Defendants' Motion for Order Determining Good Faith Settlement was filed under
18 seal pursuant to the Joint Stipulated Protective Order signed by all of the parties
19 and so ordered by the United States Magistrate Judge on January 31, 2007. The
20 TAC Defendants respectfully request that the unredacted Reply, Oswald
21 Declaration, and Yow Declaration also be filed under seal.
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  OSWALD & YAP

3  Dated: August 9, 2007          By:    /s/
                                  Michael A. Oswald
4                                 Claudia Mourad
                                  Attorneys for Defendants, The Ant
5                                 Commandos, Hong Lip Yow, and Raymond
                                  Yow

**IT IS SO ORDERED**:

Dated: August 17, 2007

Honorable Maria Elena James
Judge of the United States District Court

ADMINISTRATIVE MOTION TO FILE UNDER SEAL                              C 07-03536 MEJ
94144.1