**Yee-Horn Shuai, Esq.**
**SHUAI & ASSOCIATES**
301 E. Colorado Blvd., Suite 514
Pasadena, California 91101
Tel. (626) 405-0348
Fax (626) 405-0890
Bar No. 104897
E-mail: yhshuai@gmail.com

Attorney for John Tam, Jamie Yang,
and Corey Fong

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN TAM, an individual, JAMIE YANG, an individual, et al.,<br><br>Defendants. | Case No. C 07-03536 MEJ<br><br>ADMINISTRATIVE MOTION TO FILE UNDER SEAL UNREDACTED MOTION FOR ORDER DETERMINING A GOOD FAITH SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS JOHN TAM, JAMIE YANG AND COREY FONG, AND DECLARATIONS OF RICHARD CAULEY AND YEE-HORN SHUAI ; AND TO FILE UNREDACTED REPLY TO OPPOSITION TO MOTION FOR ORDER DETERMINING A GOOD FAITH SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS JOHN TAM, COREY FONG AND JAMIE YANG; AND DECLARATIONS OF JOHN TAM, JAMIE YANG AND COREY FONG SUPPORT THEREOF;<br><br>DECLARATION OF YEE-HORN SHUAI [filed concurrently herewith] ; AND<br><br>~~[PROPOSED]~~ ORDER<br><br>Date:   August 30, 2007<br>Time:   10:00 AM<br>Dept.:  Courtroom B, 15th Fl.<br>Judge: Honorable Maria-Elena James |

Pursuant to Civil Local Rule 79-5, Defendants John Tam, Jamie Yang and Corey Fong (hereinafter collectively "Tam Defendants") hereby submit their Administrative Motion to File Under Seal Their unredacted Motion for Order Determination Good Faith Settlement between

1  Plaintiff and John Tam, Jamie Yang and Corey Fong (Motion), Declarations of Richard Cauley
2  and Yee-Horn Shuai (Declarations 1); **and** unredacted Reply to Oppositions to Motion for Order
3  Determining Good Faith Settlement ("Reply") and the Declarations of Jamie Yang, John Tam,
4  Corey Fong and Yee-Horn Shuai ("Declarations 2") in support thereof, because those documents
5  contain information regarding confidential settlement agreements entered into by and between
6  the parties, as well as confidential financial information, such as salary information, that must
7  remain confidential in order to protect the privacy of those individuals.
8      The parties have all agreed to maintain the confidentiality of said information, and thus
9  the Tam Defendants respectfully request that the unredacted Motion , Reply and the Declarations
10 1 and 2 be filed under seal.

11 Dated: August 15, 2007                    SHUAI & ASSOCIATES

13                                           _____
                                             Yee-Horn Shuai, Attorney for defendants
                                             John Tam, Corey Fong and JamieYang

16 **IT IS SO ORDERED:**
17
18 Dated: August 17, 2007                    _____
19                                           Honorable Maria Elena James
                                             Judge of the United States District Court

YHS/fs/081507/107001 Administrative Mtn to File under Seal 01.wpd                    2

ADMINISTRATIVE MOTION TO FILE UNDER EAL

1  Yee-Horn Shuai, Esq.
   **SHUAI & ASSOCIATES**
2  301 E. Colorado Blvd., Suite 514
   Pasadena, California 91101
3  Tel. (626) 405-0348
   Fax (626) 405-0890
4  Bar No. 104897
   E-mail: yhshuai@gmail.com
5
   Attorney for John Tam, Jamie Yang,
6  and Corey Fong

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 | ACTIVISION PUBLISHING, INC., a        )
   | Delaware corporation,                  ) Case No. C 07-03536 MEJ
11 |                                        )
   |            Plaintiff,                  ) DECLARATION OF YEE-HORN SHUAI IN
12 |                                        ) SUPPORT OF ADMINISTRATIVE
   | vs.                                    ) MOTION TO FILE UNDER SEAL
13 |                                        )
   | JOHN TAM, an individual, JAMIE YANG, an) Date:   August 30, 2007
14 | individual, et al.,                    ) time:   10:00 AM
   |                                        ) Dept.:  Courtroom B, 15th Floor
15 |            Defendants.                 ) Judge:  Maria Elena James
   |                                        )

16

17     I, Yee-Horn Shuai, hereby declare as follows:

18     1.    I am an attorney at the law firm of Shuai & Associates, attorneys for the defendant

19 John Tam, Jamie Yang and Corey Fong (hereinafter collectively "Tam Defendants"). I make this

20 declaration in support of Tam Defendants' Administrative Motion to File Under Seal. I have

21 personal knowledge of the following, and if called upon as a witness, I could and would

22 competently testify thereto.

23     2.    The Motion for Order Determining Good Faith Settlement between Plaintiff and

24 Defendants John Tam, Jamie Yang and Corey Fong ("Motion") and the Declarations Richard

25 Cauley and Yee-Horn Shuai ("Declarations 1"); and Reply to Oppositions to Motion for Order

26 Determining Good Faith Settlement ("Reply") and the Declarations of Jamie Yang, John Tam,

27 Corey Fong and Yee-Horn Shuai ("Declarations 2") in support thereof, contain information

28 regarding confidential settlement agreements entered into by and between the parties, as well as

2

1  confidential financial information, such a personal financial conditions information, that must
2  remain confidential in order to protect the privacy of those individuals. The parties to this
3  lawsuit have all agreed to maintain the confidentiality of said information, and have designated
4  the documents attached as Exhibits A-D to the Declaration to Richard Cauley as being
5  confidential, pursuant to the Joint Stipulated Protective Order signed by all of the parties and so
6  ordered by the United States Magistrate Judge on January 31, 2007.
7       I certify and declare under penalty of perjury under the laws of the State of California that
8  the forgoing is true and correct.
9       Dated this 15th day of August 2007, at Pasadena, California.

_____
Yee-Horn Shuai, Declarant

YHS/fs/081507/107001 Adminstrative Mtn to File under Seal, Decl YHS.wpd

2

DECLARATION OF YEE-HORN SHUAI IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL