1  **Yee-Horn Shuai, Esq.**
   **SHUAI & ASSOCIATES**
2  301 E. Colorado Blvd., Suite 514
   Pasadena, California 91101
3  Tel. (626) 405-0348
   Fax (626) 405-0890
4  Bar No. 104897
   E-mail: yhshuai@gmail.com
5
   Attorney for John Tam, Jamie Yang,
6  and Corey Fong

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10 ACTIVISION PUBLISHING, INC., a       )
   Delaware corporation,                ) Case No. C 07-03536 MEJ
11                                      )
                                        ) ADMINISTRATIVE MOTION TO FILE
12                                      ) UNDER SEAL UNREDACTED MOTION
                    Plaintiff,          ) FOR ORDER DETERMINING A GOOD
13                                      ) FAITH SETTLEMENT BETWEEN
                                        ) PLAINTIFF AND DEFENDANT JAMIE
14 vs.                                  ) YANG, AND DECLARATIONS OF JAMIE
                                        ) YANG, RICHARD CAULEY AND YEE-
15                                      ) HORN SHUAI
   JOHN TAM, an individual, JAMIE YANG, an )
16 individual, et al.,                  ) DECLARATION OF YEE-HORN SHUAI
                                        ) [filed concurrently herewith] ; AND
17                                      )
                    Defendants.         ) [PROPOSED] ORDER
18                                      )
                                        ) Date:  October 18, 2007
19                                      ) Time:  10:00 AM
                                        ) Dept.: Courtroom B, 15th Fl.
20 _____) Judge: Honorable Maria-Elena James

21      Pursuant to Civil Local Rule 79-5, Defendant Jamie Yang (hereinafter "Yang") hereby

22 submit her Administrative Motion to File Under Seal Their unredacted Motion for Order

23 Determination Good Faith Settlement between Plaintiff and Jamie Yang (Motion), Declarations

24 of Jamie Yang, Richard Cauley and Yee-Horn Shuai (Declarations ); because those documents

25 contain information regarding confidential settlement agreements entered into by and between

26 the parties, as well as confidential financial information, such as salary information, that must

27 remain confidential in order to protect the privacy of the individual.

28      The parties have all agreed to maintain the confidentiality of said information, and thus

1  the Tam Defendants respectfully request that the unredacted Motion, Reply and the Declarations
2  1 and 2 be filed under seal.
3  Dated: September 5, 2007                    SHUAI & ASSOCIATES
4
5                                              _____
                                               Yee-Horn Shuai, Attorney for defendants
6                                              John Tam, Corey Fong and JamieYang
7
8  **IT IS SO ORDERED:**
9
10 Dated: _____              _____
                                               Honorable Maria Elena James
11                                             Judge of the United States District Court
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  **Yee-Horn Shuai, Esq.**
   **SHUAI & ASSOCIATES**
2  301 E. Colorado Blvd., Suite 514
   Pasadena, California 91101
3  Tel. (626) 405-0348
   Fax (626) 405-0890
4  Bar No. 104897
   E-mail: yhshuai@gmail.com
5
   Attorney for John Tam, Jamie Yang,
6  and Corey Fong

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10 ACTIVISION PUBLISHING, INC., a         )
   Delaware corporation,                   )  Case No. C 07-03536 MEJ
11                                         )
                    Plaintiff,             )  DECLARATION OF YEE-HORN SHUAI IN
12                                         )  SUPPORT OF ADMINISTRATIVE
   vs.                                     )  MOTION TO FILE UNDER SEAL
13                                         )
   JOHN TAM, an individual, JAMIE YANG, an )  Date:  October 18, 2007
14 individual, et al.,                     )  time:  10:00 AM
                                           )  Dept.: Courtroom B, 15th Floor
15                  Defendants.            )  Judge: Maria Elena James
                                           )
16 ─────────────────────────────

17         I, Yee-Horn Shuai, hereby declare as follows:

18         1.      I am an attorney at the law firm of Shuai & Associates, attorneys for the defendant

19 John Tam, Jamie Yang and Corey Fong (hereinafter collectively "Tam Defendants"). I make this

20 declaration in support of Defendant Jamie Yang's Administrative Motion to File Under Seal. I

21 have personal knowledge of the following, and if called upon as a witness, I could and would

22 competently testify thereto.

23         2.      The Motion for Order Determining Good Faith Settlement between Plaintiff and

24 Defendant Jamie Yang ("Motion") and the Declarations Jamie Yang, Richard Cauley and Yee-

25 Horn Shuai ("Declarations"), contain information regarding confidential settlement agreement

26 entered into by and between the parties, as well as confidential financial information, such a

27 personal financial conditions information, that must remain confidential in order to protect the

28 privacy of the individual. The parties to this lawsuit have all agreed to maintain the

1 confidentiality of said information, and have designated the documents attached as Exhibits A
2 and B to the Declaration to Richard Cauley as being confidential, pursuant to the Joint Stipulated
3 Protective Order signed by all of the parties and so ordered by the United States Magistrate Judge
4 on January 31, 2007.

5     I certify and declare under penalty of perjury under the laws of the State of California that
6 the forgoing is true and correct.

7     Dated this 5th day of September 2007, at Pasadena, California.

                                   Yee-Horn Shuai, Declarant

YHS/fs/090507/107001 Adminstrative Mtn to File under Seal, Decl YHS2.wpd

2

DECLARATION OF YEE-HORN SHUAI IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL