# SWEENEY, MASON, WILSON & BOSOMWORTH

A PROFESSIONAL LAW CORPORATION
983 UNIVERSITY AVENUE, SUITE 104C
LOS GATOS, CALIFORNIA 95032

KURT E. WILSON, ESQ.

TELEPHONE (408) 356-3000
FACSIMILE (408) 354-8839
E-MAIL  kwilson@smwb.com

September 11, 2007

*Via Email: Chris_Nathan@cand.uscourts.gov*
Chris Nathan
Law Clerk to the Hon. Maria-Elena James
U.S. District Court
Northern District of California

　　　Re:　*Activision Publishing, Inc. v. John Tam, et al.*

Chris:

　　　My firm represents Defendants Doug Kennedy and Reverb Communications, Inc. in the above-referenced matter.

　　　This is to inform the Court that (1) Activision and Reverb/Kennedy have signed a settlement agreement, and (2) given Activision's settlements with the other Defendants, Activision and my clients request that the Case Management Conference scheduled for September 13, 2007 at 10:00 a.m. be taken off calendar.

　　　Thank you for your consideration of the above.

　　　　　　　　　　Thank you,
　　　　　　　　　　**SWEENEY, MASON, WILSON**
　　　　　　　　　　**& BOSOMWORTH**

　　　　　　　　　　*Dictated but not read – sent to avoid delay*
　　　　　　　　　　KURT E. WILSON, ESQ.

KEW:cch

cc:　Trevor Zink, Esq. (email)
　　　Michael Tomasulo, Esq. (email)
　　　Michael Oswald, Esq. (email)
　　　Yee-Horn Shuai, Esq. (email)
　　　Mary A. Tuck (email)

F:\WPDOCS\CLIENTS\Kennedy, Doug\Correspondence\Nathan 09-11-07.doc