# SWEENEY, MASON, WILSON & BOSOMWORTH

A PROFESSIONAL LAW CORPORATION
983 UNIVERSITY AVENUE, SUITE 104C
LOS GATOS, CALIFORNIA  95032

KURT E. WILSON, ESQ.

TELEPHONE (408) 356-3000
FACSIMILE (408) 354-8839
E-MAIL  kwilson@smwb.com

September 11, 2007

***Via Email:  Chris_Nathan@cand.uscourts.gov***
Chris Nathan
Law Clerk to the Hon. Maria-Elena James
U.S. District Court
Northern District of California

> ***Re:    Activision Publishing, Inc. v. John Tam, et al.***

Chris:

My firm represents Defendants Doug Kennedy and Reverb Communications, Inc. in the above-referenced matter.

This is to inform the Court that (1) Activision and Reverb/Kennedy have signed a settlement agreement, and (2) given Activision's settlements with the other Defendants, Activision and my clients request that the Case Management Conference scheduled for September 13, 2007 at 10:00 a.m. be taken off calendar.

Thank you for your consideration of the above.

Thank you,
**SWEENEY, MASON, WILSON**
**& BOSOMWORTH**

*Dictated but not read – sent to avoid delay*
KURT E. WILSON, ESQ.

KEW:cch

cc:    Trevor Zink, Esq. (email)
        Michael Tomasulo, Esq. (email)
        Michael Oswald, Esq. (email)
        Yee-Horn Shuai, Esq. (email)
        Mary A. Tuck (email)



UNITED STATES DISTRICT COURT
GRANTED
Judge Maria-Elena James
NORTHERN DISTRICT OF CALIFORNIA