**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ACTIVISION PUBLISHING, INC.,

                Plaintiff(s),

  vs.

JOHN TAM, et al.,

                Defendant(s).
_____/

No. C 07-3536 MEJ

**ORDER RE: SETTLEMENT**

      As it appears that all Defendants in this matter have reached settlements with Plaintiff, the Court finds that the most appropriate resolution of the pending case is for all parties to file a proposed consent judgment and permanent injunction.  The parties may file one joint proposal or separate proposals for each settlement agreement; however, the Court will not rule on any proposals until it has received a proposal from all Defendants.

      **IT IS SO ORDERED.**

Dated: September 12, 2007

_____
MARIA-ELENA JAMES
United States Magistrate Judge