Robert W. Dickerson (State Bar No. 89,367)
rwdickerson@jonesday.com
Michael A. Tomasulo (State Bar No. 179,389)
matomasulo@jonesday.com
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
Attorneys for Plaintiff
ACTIVISION PUBLISHING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., | Case No. C-07-3536 MEJ |
| Plaintiff, | **ACTIVISION PUBLISHING, INC.'S REQUEST FOR ENTRY OF PROPOSED CONSENT JUDGMENTS AND PERMANENT INJUNCTIONS AS TO TAC AND REVERB DEFENDANTS IN LIGHT OF COMPLIANCE WITH COURT'S SEPTEMBER 12, 2007 ORDER** |
| v. | |
| JOHN TAM, an individual, JAMIE YANG, an individual, COREY FONG, an individual, DOUG KENNEDY, an individual, HONG LIP YOW, an individual, RAYMOND YOW, an individual, REVERB COMMUNICATIONS, INC., a California corporation, and THE ANT COMMANDOS, INC., a California corporation, | |
| Defendants. | |

Plaintiff Activision Publishing, Inc. ("Activision") respectfully submits that the parties have satisfied the requirements of the Court's Order of September 12, 2007, which states:

> As it appears that all Defendants in this matter have reached settlements with Plaintiff, the Court finds that the most appropriate resolution of the pending case is for all parties to file a proposed consent judgment and permanent injunction. The parties may file one joint proposal or separate proposals for each settlement agreement; however, the Court will not rule on any proposals until it has received a proposal from all Defendants.

Activision has now settled with all Defendants,[1] and consent judgments and permanent injunctions as to **all defendants** have now been either (i) previously entered by Judge Anderson (who transferred this case to this Court); or (ii) submitted to this Court.  To wit:

- Pursuant to a settlement agreement between Activision and Former Employee Defendants John Tam and Corey Fong, Judge Anderson entered a *Consent Judgment And Permanent Injunction As To Defendants John Tam And Corey Fong* on March 29, 2007 (*see* CACD Docket No. 69);

- Pursuant to a settlement agreement between Activision and Former Employee Defendant Jamie Yang, Judge Anderson entered a *Consent*

---

[1] Defendants in this case are as follows:

- John Tam, Corey Fong and Jamie Yang (the "Former Employee Defendants");

- The Ant Commandos, Inc. and its principals, Raymond Yow and Hong Lip Yow (collectively, the "TAC Defendants"); and

- Reverb Communications, Inc. and its employee, Doug Kennedy (collectively, the "Reverb Defendants").

1  *Judgment And Permanent Injunction As To Defendant Jamie Yang* on

2  April 20, 2007 (*see* CACD Docket No. 77);

3  •  Pursuant to a settlement agreement between Activision and the TAC

4  Defendants (TAC, Raymond Yow, Hong Lip Yow), Activision and the

5  TAC Defendants submitted a *Proposed Consent Judgment and*

6  *Permanent Injunction as to Defendants Raymond Yow, Hong Lip Yow*

7  *and The Ant Commandos, Inc.* on August 31, 2007 (*see* CAND Docket

8  No. 47); and

9  •  Pursuant to a settlement agreement between Activision and the Reverb

10  Defendants (Reverb Communications, Inc. and Doug Kennedy),

11  Activision and the Reverb Defendants submitted a *Proposed Consent*

12  *Judgment and Permanent Injunction as to Defendants Doug Kennedy*

13  *and Reverb Communications, Inc.* on September 11, 2007 (*see* CAND

14  Docket No. 52).

15  Thus, as required by the Court's September 12, 2007 Order, proposed

16  consent judgments and permanent injunctions have been submitted as to **all of the**

17  **defendants**.  Two of those consent judgments and permanent injunctions were

18  entered by Judge Anderson (CACD Docket Nos. 69, 77) and two of them are now

19  before this Court (CAND Docket Nos. 47, 52).

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Thus, Activision respectfully requests that the Court execute and enter the following two proposed consent judgments and permanent injunctions:

- *Proposed Consent Judgment and Permanent Injunction as to Defendants Raymond Yow, Hong Lip Yow and The Ant Commandos, Inc.* (CAND Docket No. 47); and

- *Proposed Consent Judgment and Permanent Injunction as to Defendants Doug Kennedy and Reverb Communications, Inc.* (see CAND Docket No. 52).

Dated:        September 12, 2007            Respectfully submitted,
                                            JONES DAY


                                            By:            /s/
                                                  Michael A. Tomasulo

                                            Attorneys for Plaintiff
                                            ACTIVISION PUBLISHING, INC.