**SHUAI & ASSOCIATES**
Attorneys At Law
301 E. Colorado Blvd., Suite 514
Pasadena, CA 91101

Tel: (626) 405-0348
E-mail: Yhshuai@gmail.com

Fax: (626) 405-0890
(626) 795-8900

VIA EMAIL: Chris_Nathan@cand.uscourts.gov

September 12, 2007

Mr. Chris Nathan
Law Clerk to the Hon. Maria-Elena James
U. S. District Court
Northern District of California

Re:   *Activision Publishing, Inc. Vs. John Tam, et al.*
      Case No. C07-03536 MEJ

Dear Mr. Nathan:

This letter serves as a notice to the Court that Defendant Jamie Yang hereby withdraws her Motion for Determining Good Faith Settlement between Plaintiff Activision and Jamie Yang tentatively set on October 18, 2008 at 10:00 AM.

Should you have any questions regarding this matter, please call me. Thank you.

Very truly yours,

Yee-Horn Shuai

cc:   Jamie Yang

Defendant's motion to seal (Doc. #48) is denied as moot.

Dated: September 13, 2007

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Maria-Elena James]*

YHS/fs/091207/106801 Ltr Court 01.wpd