IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., | No. C 07-3536 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER CLOSING FILE** |
| JOHN TAM, et al., | |
| Defendant(s). | |

As all parties have now entered into consent judgments and permanent injunctions, the Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 13, 2007

MARIA-ELENA JAMES
United States Magistrate Judge