IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., | No. C 07-3536 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER RE: POTENTIAL INDEMNITY ACTIONS** |
| JOHN TAM, et al., | |
| Defendant(s). | |

On September 13, 2007, counsel for Defendants John Tam, Corey Fong, and Jamie Yang filed a letter requesting permission to file motions for good faith settlement determinations. Despite the Court's previous entry of judgment and closing of this matter, counsel states that there is a potential that certain defendants will seek indemnity actions against Tam, Fong, and Yang. As all defendants entered into settlement agreements with Plaintiff Activision Publishing, Inc., and all defendants entered into those agreements with the understanding that they are liable for their respective settlements, it is unclear that further motions are necessary. Accordingly, the Court ORDERS all defendants to file statements by September 27, 2007 regarding any potential indemnity actions in this matter. In their statements, the parties shall state whether they will seek indemnity from any named defendant(s) related to their respective settlement agreements. If any party is unable to state that it will not seek indemnity, the Court shall consider re-opening this matter and order that all defendants file motions for good faith settlement determinations.

**IT IS SO ORDERED.**

Dated: September 18, 2007

MARIA-ELENA JAMES
United States Magistrate Judge