**SHUAI & ASSOCIATES**
Attorneys At Law
301 E. Colorado Blvd., Suite 514
Pasadena, CA 91101

Tel: (626) 405-0348
E-mail: Yhshuai@gmail.com

Fax:(626) 405-0890
(626) 795-8900

September 20, 2007

Honorable Maria-Elen James
Courtroom B, 15th Floor
U. S. District Court
450 Golden Gate Ave.
San Francisco, CA 94102

    Re:   *Activision Publishing, Inc. Vs. John Tam, et al.*
          *Case No. C07-03536 MEJ*

Dear Honorable James:

In response to your order dated September 18, 2007, I, on behalf of my clients John Tam, Corey Fong and Jamie Yang, represent to the court that they will not seek indemnity from any of the named defendants.

Very truly yours,

Yee-Horn Shuai

cc:    John Tam, Corey Fong and Jamie Yang
        Michael A. Tomaulo, Jones Day (via email)
        Kurt E. Wilson, Sweeney, Mason, Wilson & Bosomworth (via email)
        Michael A. Oswald, Oswald & Yap (via email)

YHS/fs/092007/106801 Ltr Court 03.wpd