1  OSWALD & YAP
   A Professional Corporation
2  Michael A. Oswald, Esq. (SBN 87299)
   Claudia Mourad (SBN 211139)
3  16148 Sand Canyon Avenue
   Irvine, California  92618
4  Telephone: (949) 788-8900
   Telecopier:  (949) 788-8980
5
   Attorneys for Defendants
6  The Ant Commandos, Hong Lip Yow,
   and Raymond Yow
7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | ACTIVISION PUBLISHING, INC., | CASE NO.  C 07-03536 MEJ |
|----|---|---|
| 12 | Plaintiffs, | **DEFENDANTS, THE ANT COMMANDOS, RAYMOND YOW AND HONG LIP YOW'S RESPONSE THE COURT'S ORDER RE: POTENTIAL INDEMNITY ACTIONS** |
| 13 | v. | |
| 14 | JOHN TAM, an individual, JAMIE YANG, an individual, COREY FONG, an individual, DOUG KENNEDY, and individual, HONG LIP YOW, and individual, RAYMOND YOW, and individual, REVERB COMMUNICATIONS, INC., a California corporation, and THE ANT COMMANDOS, INC., a California corporation | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | Defendants. | |

21

22     Defendants The Ant Commandos, Hong Lip Yow, and Raymond Yow

23  (collectively referred to as "TAC Defendants") hereby respond to the Court's order

24  of September 18, 2007, as follows:

25     The TAC Defendants do not intend to pursue indemnity from the remaining

26  defendants based on the financial information proffered by those remaining

27  Defendants. If the TAC Defendants subsequently discover that the information

28  was materially false they will reexamine their position at that time.

1

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted,<br>OSWALD & YAP |
| 2 | | |
| 3 | | |
| 4 | Dated: September 26, 2007 By: | /s/<br>Michael A. Oswald |
| 5 | | Claudia Mourad<br>Attorneys for Defendants, The Ant |
| 6 | | Commandos, Hong Lip Yow, and Raymond Yow |