**SWEENEY, MASON, WILSON & BOSOMWORTH**
A PROFESSIONAL LAW CORPORATION
983 UNIVERSITY AVENUE, SUITE 104C
LOS GATOS, CALIFORNIA  95032

TREVOR J. ZINK, ESQ.

TELEPHONE (408) 356-3000
FACSIMILE (408) 354-8839
E-MAIL  tzink@smwb.com

September 27, 2007

*Via Electronic Filing*
Hon. Maria-Ellen James
Northern District Court of California
450 Golden Gate Avenue
Courtroom B, 15th Floor
San Francisco, CA 94102

      Re:    *Activision Publishing, Inc./John Tam, et al.*
             *Case No. C07-03536 MEJ*

Your Honor:

      Per the Court's Order of September 18, 2007, Defendants Reverb Communications, Inc. and Doug Kennedy hereby inform the Court that they do not intend to seek indemnity against any other Defendant in the above action except to the extent any other Defendant sues them for indemnity.  In other words, Reverb Communications, Inc. and/or Doug Kennedy will not sue any of the Defendants for indemnity <u>unless</u> one or more of the Defendants sues them (in which case, they would file and serve a cross-complaint for indemnity against one or more of the Defendants).

                                        Very truly yours,
                                        **SWEENEY, MASON, WILSON**
                                        **& BOSOMWORTH**


                                          /s/
                                      TREVOR J. ZINK, ESQ.